UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ x
ROGELIO BRAVO VASQUEZ, :
: 
        Plaintiff, : **ECF CASE**
:
   v. :
: 07 Civ. 8340 (LAP)
ANDREA QUARANTILLO, :
:
        Defendant. : <u>NOTICE OF APPEARANCE</u>
------------------------------------------------------------ x

TO:   Clerk of Court
        United States District Court
        Southern District of New York

      The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date:  New York, New York
        October 3, 2007

        Respectfully submitted,

        MICHAEL J. GARCIA
        United States Attorney for the
        Southern District of New York

By:  /s/
      NATASHA OELTJEN
      Assistant United States Attorney
      86 Chambers Street, 3rd Floor
      New York, New York 10007
      Telephone: (212) 637-2769
      Facsimile: (212) 637-2786
      Email: natalia.oeltjen@usdoj.gov

TO:   Spiro Serras, Esq.
        450 Seventh Avenue
        New York, NY 10123