USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/20/07

ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROGELIO BRAVO VASQUEZ,

       Petitioner,

- against -

ANDREA QUARANTILLO, District Director,
Citizenship & Immigration Services,

       Respondent.

Docket No. 07 Civ. 8340 (LAP)
A91-559-994

**STIPULATION AND ORDER OF
DISMISSAL WITH PREJUDICE**

  IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the parties, that the above-captioned action is dismissed with prejudice and without costs or attorney's fees to any party.

New York, New York
November 13, 2007

WILENS & BAKER, P.C.
Attorneys for Petitioner

_____
Spiro Serras, Esq.
450 Seventh Avenue
New York, New York 10123
Tel: (212) 695-0060
Fax (212) 643-0237

New York, New York
November 13, 2007

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Respondent

_____
Natasha Oeltjen, Esq.
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York 10007
Tel. (212) 637-2769
Fax (212) 637-2786

SO ORDERED:

_____
Hon. Loretta A. Preska
United States District Judge

The Clerk of the Court Shall
mark this action closed and all
pending motions denied as moot.

SO ORDERED:

*Loretta A. Preska* November 19, 2007
LORETTA A. PRESKA, U.S.D.J.

RECEIVED
NOV 16 2007
LORETTA A. PRESKA
U.S. DISTRICT JUDGE
S.D.N.Y.

A91-559-994

- page 1 of 1 -